UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS WILLIAMSINCLAIR RICHEY,

    Petitioner,

v.

SANDRA DIMMEL,

    Respondent.

CASE NO. C13-5687 RBL-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 10th day of September, 2013.

*[signature]*

J. Richard Creatura
United States Magistrate Judge